JAP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NICHOLAS DEFILLIPPO,

            Defendant.

- - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR AN ARREST WARRANT

(T. 18, U.S.C., § 471)

EASTERN DISTRICT OF NEW YORK, SS:

        KELLY CORROW, being duly sworn, deposes and says that she is a Special Agent with the United States Secret Service, duly appointed according to law and acting as such.

        Upon information and belief, on or about and between May 2011 and August 2011, within the Eastern District of New York and elsewhere, the defendant NICHOLAS DEFILLIPPO, with intent to defraud, did falsely make, forge, counterfeit and alter an obligation of the United States.

        (Title 18, United States Code, Section 472).

        The source of your deponent's information and the grounds for his belief are as follows:

        1.   On or about August 22, 2011, myself and other Special Agents of the Secret Service, along with Detectives from the New York City Police Department, 123rd Precinct, went to the defendant NICHOLAS DEFILLIPPO's residence at 38 Gateway Drive, Staten Island, New York, in order to execute a judicially

authorized search warrant issued by the Criminal Court of the State of New York, Criminal Term, Richmond County, based on a showing of probable cause to believe that the defendant was engaged in producing and using counterfeit United States currency.

2.    Upon executing the search warrant, law enforcement agents and I found nine uncut sheets of printed counterfeit currency in $50 denominations, along with clippings and scraps of counterfeit security threads and computer equipment used in the manufacturing of counterfeit currency.

3.    As a Special Agent with the Secret Service, I am trained in the examination and detection of genuine obligations of the United States.  I examined the above-described currency and determined that it was counterfeit.

4.    The defendant NICHOLAS DEFILLIPPO was placed under arrest and advised of his Miranda rights, which he appeared to understand and agreed to waive.  The defendant then stated, in substance and in part, that since approximately 2008, he had made approximately 75 to 100 copies of counterfeit currency on the HP 2175 All-In-One printer, scanner and copier found in his residence, and that he had used and attempted to use that currency to purchase items from various merchants during that time.  The defendant also stated that he had given the counterfeit currency to others to use.

3

WHEREFORE, your deponent respectfully requests that an arrest warrant issue so that the defendant NICHOLAS DEFILLIPPO may be dealt with according to law.


_____
KELLY CORROW
Special Agent
U.S. Secret Service

Sworn to before me this
8th day of September, 2011


_____
THE HONORABLE ROANNE L. MANN
United States Magistrate Judge
Eastern District of New York